## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Diamond Key,** | ) Case No. 2:21-cv-00773 |
| | ) |
| **Plaintiff,** | ) Judge Edmund A. Sargus |
| | ) Magistrate Judge Chelsey M. Vascura |
| v. | ) |
| **FedEx Ground Package System, Inc.,** | ) ORDER APPROVING |
| | ) |
| **Defendant.** | ) SETTLEMENT AND RELEASE |

This matter is before the Court on the Parties' Renewed Joint Motion for Approval of Settlement and Release pursuant to Section 16(b) of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b). The Motion asks the Court to approve, as fair, adequate and reasonable, the proposed Settlement reached by the Parties and memorialized in the Joint Stipulation of Settlement and General Release that was attached as Exhibit C to the Motion (Agreement).

Having reviewed the Motion, the Declaration of Plaintiffs' Counsel Robi J. Baishnab attached as Exhibit B to the Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court approves the Settlement and the Agreement, and finds as follows:

1. The captioned lawsuit asserted collective claims under the under the FLSA, 29 U.S.C. §§ 201, et seq., as well as Ohio Revised Code § 4111.03(D), § 4113.15, and § 2307.60.

2. Named Plaintiff also alleged an individual claim that Defendant failed to produce documents in accordance with O.R.C. § 4111.14(G) and the Ohio Constitution, Ohio Const. Art. II, § 34a.

3. After informal discovery the Parties settled on an individual basis for Named Plaintiff Diamond Key, and Opt-In Plaintiffs Raymond Key, Jr. and Ralia Pitts.

4. The Court finds that the proposed Settlement is a fair, adequate and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

5. The Court approves the Settlement Agreement and Release, and orders that the Settlement be implemented according to the terms and conditions of that Agreement. Except, however, that Paragraphs 6 and 7 concerning confidentiality are null and void. Further, pursuant to Paragraph 14 of the Agreement, the remaining terms agreed to by the Parties shall remain enforceable.

6. The Court dismisses all individual and collective and class claims of Plaintiffs with prejudice and hereby enters final judgment.

7. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

8. The Court retains jurisdiction over this action to enforce the terms of the Settlement, including the payment plan as outlined in their Agreement.

The Court, therefore, **GRANTS** the Joint Motion for Settlement Approval (ECF No. 19) and **DIRECTS** the Clerk to close this case and **ENTER JUDGMENT** and **CLOSE** this case.

**IT IS SO ORDERED:**


Date: 8/18/2021                                          s/Edmund A. Sargus, Jr.
                                                         EDMUND A. SARGUS
                                                         UNITED STATES DISTRICT JUDGE